```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

AGUSTIN MENDEZ,

                    Plaintiff,              MEMORANDUM & ORDER
                                            20-CV-4555(EK)(RML)
          -against-

LDA DESIGNS, INC. and ANTHONY
CALAMUSA,

                    Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated August 11, 2021. Judge Levy recommends granting the joint motion for settlement approval. No party has filed objections and the time to do so has expired. Accordingly, the Court reviews the R&R for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013). Having reviewed the record, the Court finds no clear error. The Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1). Therefore, the motion for settlement approval is granted.

The Clerk of Court is respectfully directed to enter judgment and close this case.

    SO ORDERED.

                                      <u>/s Eric Komitee                  </u>
                                      ERIC KOMITEE
                                      United States District Judge

Dated:    October 6, 2021
            Brooklyn, New York