Clerk's Office
Filed Date:

10/08/2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AGUSTIN MENDEZ,

                Plaintiff,

   -against-

LDA DESIGNS, INC. and
ANTHONY CALAMUSA,

                Defendants.
------------------------------------------------------------ X

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

JUDGMENT
20-CV-4555(EK)(RML)

    A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on October 6, 2021, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 11, 2021, granting the motion for settlement approval; it is

    ORDERED and ADJUDGED that the motion for settlement approval is granted.

Dated: Brooklyn, NY
       October 7, 2021

Douglas C. Palmer
Clerk of Court

By: */s/Jalitza Poveda*
        Deputy Clerk